TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00547-CR

Andrew Dwayne Ellis, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 50,590, HONORABLE RICK MORRIS, JUDGE PRESIDING

PER CURIAM

Andrew Dwayne Ellis seeks to appeal his conviction for aggravated assault. The
clerk's record contains a written waiver of appeal signed by appellant, his attorney, and the trial
judge. The reporter's record reflects that appellant signed this document in open court after
sentencing and after being admonished of his rights. A defendant who knowingly and intelligently
waives his right to appeal may not thereafter appeal without the consent of the trial court. Ex
parte Dickey, 543 S.W.2d 99 (Tex. Crim. App. 1976); see also Hurd v. State, 548 S.W.2d 388
(Tex. Crim. App. 1977); Reed v. State, 516 S.W.2d 680 (Tex. Crim. App. 1974). The record
reflects that appellant sought the court's permission to appeal, but permission was denied.

The appeal is dismissed.

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: August 31, 2000

Do Not Publish